1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                        )    No. C 10-4832  LHK (PR)
     JAIME ESTRADA,                       )
11                                        )    ORDER DENYING
              Plaintiff,                  )    PLAINTIFF'S MOTION FOR
12                                        )    APPOINTMENT OF COUNSEL
       v.                                 )
13                                        )
     C. MALO-CLINES,                      )
14                                        )
              Defendant,                  )
15   _____)    (Docket No. 14)

16          Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983

17   against prison officials.  Plaintiff's motion for appointment of counsel (docket no. 6) is DENIED for

18   want of exceptional circumstances.  *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see*

19   *also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to

20   counsel in a civil case).  The issues in this case are not particularly complex, and Plaintiff has thus

21   far been able to adequately present his claims.  This denial is without prejudice to the Court's *sua*

22   *sponte* appointment of counsel at a future date should the circumstances of this case warrant such

23   appointment.

24          This order terminates docket no. 14.

25          IT IS SO ORDERED.

26   DATED:   2/3/11                        _____
                                            LUCY H. KOH
27                                          United States District Judge

28

Order Denying Plaintiff's Motion for  Appointment of Counsel
P:\PRO-SE\SJ.LHK\CR.10\Estrada832Atty.frm

**United States District Court**
For the Northern District of California