IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME IGNASCIO ESTRADA, | ) | No. C 10-4832 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER AND DISPOSITIVE MOTION |
| v. | ) ) | |
| C. MALO-CLINES, | ) ) | |
| Defendant. | ) ) | |

   Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Defendant's ex parte application for extension of time to file his answer and dispositive motion.

   Because it appears no party would be prejudiced by an extension, Defendant's ex parte application is GRANTED. Defendant shall file his answer **on or before May 23, 2011**, and shall file his dispositive motion **on or before July 25, 2011**. Plaintiff shall file his opposition within **thirty (30) days thereafter**. Defendant shall file his reply **fifteen (15) days** from the date Plaintiff's opposition is filed.

   This order terminates docket no. 22.

   IT IS SO ORDERED.

DATED:   4/30/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Defendant's Ex Parte Application for Extension of Time to File Answer and Dispositive Motion
P:\PRO-SE\SJ.LHK\CR.10\Estrada832eot-dm-answer.wpd