UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME IGNACIO ESTRADA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. MALO-CLINES AND J. TORRANCE,<br><br>　　　　Defendants. | Case No.  CV 10-4832 LHK (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY**<br>[~~PROPOSED~~] |

Defendant C. MALO-GLINES (Erroneously sued as MALO-CLINES) ("defendant") had moved this Court for an order pursuant to Rule 26(c) of the Federal Rule of Civil Procedure to stay discovery pending resolution of her motion to dismiss [Doc. # 28] filed on May 23, 2011.  Having considered defendant's motion to stay discovery, the papers filed, and arguments made in support and any opposition to the same, and good cause appearing,

　　IT IS ORDERED that defendant's motion to stay discovery is GRANTED. Discovery in this matter is stayed pending a ruling on defendant's pending motion to dismiss plaintiff's Complaint. Further, any discovery that may be pending will be due thirty days after the entry of an order by this Court denying in whole or in part

1  defendant's motion to dismiss, or if defendant's motion to dismiss is granted with
2  leave for plaintiff to amend, thirty days after such time as this Court may screen and
3  issue an order of service pertaining to any amended complaint filed by plaintiff.
4     IT IS SO ORDERED:
5
6  Dated: ~~7/1/~~        , 2011    _Lucy H. Koh_
7                                   Honorable Lucy H. Koh
                                    United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Respectfully submitted,

2  Susan E. Coleman, (SBN 171832)
   E-mail:  scoleman@bwslaw.com
3  Martin Kosla, (SBN 247224)
   E-mail:  mkosla@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA  90071-2953
   Tel: 213.236.0600 Fax: 213.236.2700

6

7  Attorneys for Defendant
   C. MALO-GLINES (Erroneously sued as MALO-CLINES)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28