UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME IGNACIO ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>C. MALO-CLINES AND J. TORRANCE,<br><br>    Defendants. | Case No.  CV 10-4832 LHK (PR)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE DISPOSITIVE MOTION DEADLINE BY 30 DAYS**<br><br>[P~~ROPOSED~~]<br><br>Judge:  Honorable Lucy H. Koh |

FOR GOOD CAUSE SHOWN the Court hereby grants defendant C. MALO-GLINES' ex parte application to continue the motion for summary judgment deadline.  The dispositive deadline is hereby continued by thirty days, from January 17, 2012, to February 16, 2012.  Further, the deadline for defendant's opposition to plaintiff's summary judgment motion shall also be February 16, 2012.

IT IS SO ORDERED:

Dated: 1/23 , 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court