1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11   JAIME IGNACIO ESTRADA,              Case No.  CV 10-4832 LHK (PR)

12              Plaintiff,               **ORDER GRANTING
                                         DEFENDANT'S EX PARTE**
13   v.                                  **APPLICATION TO CONTINUE
                                         DISPOSITIVE MOTION DEADLINE**
14   C. MALO-CLINES AND J.               **BY 30 DAYS**
     TORRANCE,
15                                       [PROPOSED]
                Defendants.
16                                       Judge:   Honorable Lucy H. Koh

17

18        FOR GOOD CAUSE SHOWN the Court hereby grants defendant C. MALO-

19   GLINES' ex parte application to continue the motion for summary judgment

20   deadline.  The dispositive deadline is hereby continued by thirty days, from January

21   17, 2012, to February 16, 2012.  Further, the deadline for defendant's opposition to

22   plaintiff's summary judgment motion shall also be February 16, 2012.

23        IT IS SO ORDERED:

24

25   Dated: ___1/23_____, 2011      _____
                                          Honorable Lucy H. Koh
26                                        United States District Court

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4839-5745-0766 v1                     - 1 -                    CV 10-4832 LHK (PR)
                                                                   PROPOSED ORDER