IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME IGNACIO ESTRADA, | ) | No. C 10-4832 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| C. MALO-CLINES, | ) ) | |
| Defendant. | ) ) | |

The Court has granted Defendant's motion for summary judgment, and denied Plaintiff's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/27/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Estrada832jud.wpd